BEFORE: MICHAEL L. ORENSTEIN  
UNITED STATES MAGISTRATE JUDGE

DATE January 18, 2006  
TIME ON: 2:30  
TIME OFF: _____

DOCKET# CV 03-6327     ASSIGNED JUDGE: HURLEY

CASE NAME: Curto v. Medical World Communications, Inc.

## CIVIL CONFERENCE

Initial ___ Status X Discovery ___ Settlement ___

Pretrial ___ Pre-Motion ___

Motion _____

TAPE # _____

APPEARANCES:   Plaintiff   _____

              Defendant   _____

Discovery completed by   _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference   3/14/06 at 2:00 PM

Pre-Trial Order filed by   _____

              Plaintiff    _____

              Defendant    _____

THE FOLLOWING RULINGS WERE MADE: Court determined issues re: inadvertent disclosure of documents.