UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LARA CURTO,

                            Plaintiff,                     **ORDER**

   -against-                                         03 CV 6327 (DRH) (ETB)

MEDICAL WORLD COMMUNICATIONS,
INC., et al.,

                            Defendants.
-----------------------------------------------------------X

**HURLEY, Senior District Judge:**

        The Court thanks Plaintiff for her letter dated May 5, 2011 regarding the pending appeal from Magistrate Judge Orenstein's April 21, 2009 Order. (Docket No. 337.) Due to an administrative error on my part, this matter was not earlier addressed. That oversight will be remedied in short order. Although requested in Plaintiff's letter, the Court elects not to hold oral argument on this matter.

**SO ORDERED.**

Dated:   Central Islip, New York
           May 6, 2011

                                                  /s/
                                              Denis R. Hurley
                                              United States District Judge